## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE    **Peggy Kuo**                              DATE :   **3/4/21**

DOCKET NUMBER:     **21CR110(NGG)**                        WebEx LOG #:    **3:30-5:10**

DEFENDANT'S NAME :    **Jacob Daskal**
                    **X** Present        ___ Not Present        **X** Custody        ___ Bail

DEFENSE COUNSEL:    **Henry Mazurek**
                    ___ Federal Defender        ___ CJA        **X** Retained

A.U.S.A:   **Erin Reid & Jonathan Algor**              CLERK:    **Felix Chin**

INTERPRETER :                                              (Language)

**X**   Defendant arraigned on the :  **X**   indictment     ___ superseding indictment     ___ probation violation

**X**    Defendant pleads NOT GUILTY  to ALL counts.

**X**    DETENTION HEARING Held.    **X**   Defendant's first appearance.

- **X**   Bond set at   **$4,500,000**            .   Defendant **X** released ___ held pending satisfaction of bond conditions.
- **X**   Defendant advised of bond conditions set by the Court and gave consent to the court to sign the bond on his behalf.
- **8**   Surety(ies) sworn, advised of bond obligations by the Court and gave consent to the court to sign the bond on their behalf.
- ___   (Additional) surety/ies to co-sign bond by _____

___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

**X**   Oral Order of Excludable Delay/Speedy Trial entered. Start **3/4/21**    Stop **4/9/21**

**X**   Rule 5f warnings given to the Govt.     ___ Medical memo issued.

**X**   Status conference set for   **4/9/21**       @  **10:30 am**     before Judge   **Garaufis**

Other Rulings :    **All parties appeared via video/teleconference. Dft appeared via video. Pretrial Officer Robert Long appeared via teleconference. Dfse counsel presented a bail application with 8 sureties and 5 properties; govt opposed based on risk of flight and danger to the community; court granted the application. 8 sureties appeared via teleconference, sworn & advised of the bond obligations.**