

Evan L. Lipton
*Partner*
Direct (212) 655-3517
Fax (212) 655-3535
ell@msf-law.com

March 22, 2021

By ECF and email
Hon. Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Jacob Daskal*

Dear Judge Garaufis:

    I write on behalf of Jacob Daskal, with the consent of Pretrial Services[1] (Officer Amanda Carlson) to respectfully request modification of his conditions of pretrial release to allow weekly visits to his elderly parents who reside in Brooklyn, New York.

    Mr. Daskal was arrested on March 11, 2021 and presented before Magistrate Judge Kuo, who ordered him released on conditions, including a $4.5 million bond secured by property, and home detention with electronic monitoring, with permission to leave his residence for religious observance and employment needs. A status conference is scheduled before Your Honor for April 9, 2021, at 10:30 a.m.

    Thank you for your consideration of this request.

Respectfully yours,
/s/ELL
Henry E. Mazurek
Evan L. Lipton
*Counsel for Jacob Daskal*

Cc:    Government Counsel
         Pretrial Services Officer Amanda Carlson

---

[1] The government (A.U.S.A. Erin Reid) does not take a position on this application and instead defers to Pretrial Service.