

Evan L. Lipton
*Partner*
Direct (212) 655-3517
Fax (212) 655-3535
*ell@msf-law.com*

July 14, 2021

**By ECF and email**
Hon. Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: ***United States v. Daskal,*** No. 21 Cr. 110 (NGG)

Dear Judge Garaufis:

I write on behalf of Jacob Daskal, with the consent of the government (A.U.S.A. Jonathan Algor) to respectfully request that the status conference scheduled for July 14, 2021 be adjourned until July 27, 2021 at 10:30 a.m.

Mr. Daskal consents to the exclusion of time between now and July 27, 2021 pursuant to the Speedy Trial Act. (18 U.S.C. § 3161.)

Respectfully yours,

/s/ ELL
Evan L. Lipton
Counsel for Jacob Daskal

CC:    All Counsel
       Pretrial Services Officer Amanda Carlson
       (by ECF and email)