AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cr-110 (NGG) |
| Jocob Daskal, | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Jacob Daskal.

Date: 08/04/2021

/s/ Ilana Haramati
*Attorney's signature*

Ilana Haramati NY4834602
*Printed name and bar number*

Meister Seelig & Fein LLP
125 Park Ave., Suite 700
New York, NY 10017
*Address*

ih@msf-law.com
*E-mail address*

(646) 860-3130
*Telephone number*

(212) 655-3535
*FAX number*