

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

EMR
F.#2018R02232

*271 Cadman Plaza East
Brooklyn, New York 11201*

October 19, 2021

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Jacob Daskal
               Criminal Docket No. 21-110 (NGG)

Dear Judge Garaufis:

        The parties respectfully write to jointly request an adjournment of the status conference scheduled for October 26, 2021 to November 1, 2021 at 11:30 am, and the exclusion of time under the Speedy Trial Act until that date. The parties submit that an exclusion of time will permit ongoing plea negotiations and discussions regarding the exchange of discovery in the case. Counsel for the defendant have represented that the defendant consents to the exclusion of time until November 1, 2021.

                             Respectfully submitted,

                             BREON PEACE
                             United States Attorney

        By:    /s/
                Jonathan E. Algor
                Erin M. Reid
                Assistant U.S. Attorneys
                (718) 254-7000

cc:    Clerk of Court (NGG) (by ECF)
        Defense counsel (by ECF)

**Application granted. Time is excluded in the interests of justice under the Speedy Trial Act from** 10/26/21 **to** 11/1/21 **on consent of the parties for:** review of discovery and plea negotiations. **So Ordered.**

s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis
Date:** 10/19/21