

Meister Seelig & Fein LLP

Ilana Haramati
Of Counsel
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

October 31, 2021

**VIA ECF**

Hon. Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4D South
Brooklyn, NY 11201

Re: *United States v. Daskal*, 21-cr-110 (NGG)

Dear Judge Garaufis:

We write on behalf of our client, defendant Jacob Daskal, to respectfully request a one-week adjournment of the status conference in the above-referenced matter, currently scheduled for tomorrow Monday November 1, 2021. We are sorry to report that Mr. Daskal's father passed away unexpectedly earlier today (Sunday October 31, 2021). We, therefore, ask for a brief adjournment of tomorrow's conference until the week of November 8, 2021, to permit Mr. Daskal to attend all funeral-related services, and religious ceremonies in memory of his father. We consent to the exclusion of time under the Speedy Trial Act until the re-scheduled status conference.

We have conferred with counsel for the government, who consent to this request.

Respectfully Submitted,

/s/ IH

Henry E. Mazurek
Ilana Haramati

Counsel for Defendant Jacob Daskal

cc: Counsel of Record (*via ECF*)

Application granted. Time is excluded in the Interests of justice under the Speedy Trial Act from 11/1/21 to 11/8/21 at 11:30 AM on consent of the parties for: unavailable defendant due to death in family.
So Ordered.
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 11/1/21