

*Ilana Haramati*
*Of Counsel*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

November 1, 2021

**VIA ECF**

Hon. Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4D South
Brooklyn, NY 11201

     **Re:**    ***United States v. Daskal*, 21-cr-110 (NGG)**

Dear Judge Garaufis:

     We write on behalf of our client, defendant Jacob Daskal, to respectfully request a temporary bail modification this week, from Tuesday November 2, 2021 through Friday November 5, 2021, to permit Mr. Daskal to participate in shiva observances for his father who passed away yesterday, October 31, 2021. Specifically, Mr. Daskal requests permission to attend shiva services at his mother's house in Williamsburg, Brooklyn for 8 hours each day this week with prior approval and supervision by Pretrial Services.

     In accordance with Jewish tradition, Mr. Daskal's mother and siblings are all sitting shiva together in his mother's house to mourn his father. The shiva observance includes special prayer services for the mourners. During this mourning week, the 8 hours of shiva each day this week is in lieu of Mr. Daskal's other approved activities. The shiva will be Mr. Daskal's only activity outside his home; Mr. Daskal will not attend synagogue services or go to work, as he is regularly approved to do. Mr. Daskal will not be alone with minors during the shiva service.

     We have conferred with both Pretrial Services who consent to this request, and counsel for the government who defer to the judgment of Pretrial Services.

     Respectfully Submitted,

     _____/s/ IH_____

     Henry E. Mazurek
     Ilana Haramati

     *Counsel for Defendant Jacob Daskal*

cc:    Counsel of Record (*via ECF*)
     PTS Officer Amanda Carlson (*via email*)