

*Henry E. Mazurek*
*Partner*
Direct (212) 655-3594
Fax (212) 655-3535
hem@msf-law.com

April 22, 2022

**By ECF**

Hon. Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4D South
Brooklyn, NY 11201

Re: *United States v. Daskal,* No. 21 Cr. 110 (NGG)

Dear Judge Garaufis:

We write on behalf of our client, defendant Jacob Daskal, to respectfully request a temporary bail modification for tomorrow, Tuesday April 26, 2022, to permit Mr. Daskal to attend a morning Jewish religious service that will include his recently born great-grandson's Bris ceremony. Specifically, Mr. Daskal requests permission to attend the morning religious service at at Congregation Bobov 45, which is at 1362 49th Street in Brooklyn, between 8:30 a.m. and 11:00 a.m. Any minors in attendance will be limited to Mr. Daskal's grandchildren as it is a school day. If any other minors attend, they would always be with a parent. Mr. Daskal will not be alone with minors during the Bris service.

We have conferred with both Pretrial Services who consent to this request, and counsel for the government who defer to the judgment of Pretrial Services.

Respectfully yours,

_____/S/HEM_____
Henry E. Mazurek
Ilana Haramati
Jason I. Ser
*Counsel for Defendant Jacob Daskal*

APPLICATION GRANTED.
SO-ORDERED.
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: April 25, 2022