UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
UNITED STATES OF AMERICA,

    v.

JACOB DASKAL,

                       Defendant.
------------------------------------------------------------------------x

**NOTICE OF PRETRIAL MOTIONS**

No. 21cr110 (NGG)

      **PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law, and Exhibits thereto, Defendant Jacob Daskal will move before the Hon. Nicholas G. Garaufis, United States District Judge for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201 at a date and time to be fixed by the Court, for an Order:

(1) Suppressing materials seized pursuant to the searches of Mr. Daskal's home, cellphones, and computers;

(2) Ordering the government to file a bill of particulars;

(3) Granting any other relief the Court deems to be just and necessary as a result of the motions presented herein.

Dated: May 23, 2022
       New York, New York

Respectfully submitted,

By: _____/s/ HEM_____
Henry E. Mazurek
Ilana Haramati
Jason I. Ser
Meister Seelig & Fein LLP
125 Park Avenue, Suite 700
New York, New York 10017
hem@msf-law.com
ih@msf-law.com
jis@msf-law.com
*Counsel for Defendant Jacob Daskal*