# Exhibit D

**MAZUREK LIPTON**  152 WEST 57TH STREET, 8TH FL.  NEW YORK, NY 10019   P 212-901-5311   F 212-600-5588

May 10, 2018

<u>URGENT</u>

<u>By Facsimile 718-230-4413</u>

Detective Henry
New York Police Department
Special Victim's Unit
653 Grand Avenue
Brooklyn, New York

**Re: Jacob Daskal**

Dear Detective Henry:

I am the attorney for Jacob Daskal, residing at 1220 46th Street, Brooklyn, New York. I instruct you not to interview my client or conduct any investigative line-up procedure outside the presence of counsel. Mr. Daskal has informed me he invokes his right to counsel.

You can reach me at 212-901-5311, or my cell at 646-294-4055.

Very truly yours,

Henry E. Mazurek

HENRY E. MAZUREK
henry@mazureklipton.com

EVAN L. LIPTON
evan@mazureklipton.com