# Exhibit S

## Jason I. Ser

**From:** Reid, Erin (USANYE) <Erin.Reid@usdoj.gov>
**Sent:** Monday, May 23, 2022 8:08 PM
**To:** Jason I. Ser
**Subject:** RE: Daskal questions

[External Email - Use Caution]
Fair enough, I can't say these are only days we plan to elicit evidence about but I do expect that there will be evidence of trips on or about August 9, August 24, August 28, and August 31, 2017.

**From:** Jason I. Ser <jis@msf-law.com>
**Sent:** Monday, May 23, 2022 6:09 PM
**To:** Reid, Erin (USANYE) <EReid@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Daskal questions

I think it is helpful to defense preparation and in particular any claims of alibi.

j


**Jason I. Ser**
Partner
Meister Seelig & Fein LLP
125 Park Avenue | 7th Floor | New York, NY | 10017
Direct (646) 539-3712 | Firm (212) 655-3500 | Fax (212) 655-3535 | jis@msf-law.com

**From:** Reid, Erin (USANYE) <Erin.Reid@usdoj.gov>
**Sent:** Monday, May 23, 2022 3:31 PM
**To:** Jason I. Ser <jis@msf-law.com>
**Subject:** RE: Daskal questions

[External Email - Use Caution]
I am not prepared to commit to limiting our evidence to any specific dates right now.  Can you explain why you would need that for your motions?

Thanks,

Erin

**From:** Jason I. Ser <jis@msf-law.com>
**Sent:** Monday, May 23, 2022 3:16 PM
**To:** Reid, Erin (USANYE) <EReid@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Daskal questions

Can you provide those dates?

j

1