# Exhibit C

## MIRANDA WARNINGS

NAME: Jacob Daskal   DOB: 11/20/58

LOCATION OF STATEMENT: 653 GRAND AVENUE BROOKLYN, NY

DATE: 5/10/18   TIME: 1020 hs

1. "You have the right to remain silent and refuse to answer questions."
   "Do you understand?"
   Subject replied: _____

2. "Anything you do say may be used against you in the court of law."
   "Do you understand?"
   Subject replied: _____

3. "You have the right to consult an attorney before speaking to the police and to have an Attorney present during any questioning now or in the future."
   "Do you understand?"
   Subject replied: _____

4. "If you cannot afford an attorney, one will be provided for you without cost."
   "Do you understand?"
   Subject replied: _____

5. "If you do not have an attorney available. You have the right to remain silent until you have had an opportunity to consult with one."
   "Do you understand?"
   Subject replied: _____

6. "Now that I have advised you of your rights, are you willing to answer questions?"
   Subject replied: _____

Signature of Subject: N/A

PO / Detective ▮▮▮▮▮
(Print Rank / Name)

PO / Detective ▮▮▮▮▮
(Signature and Tax)

DASKAL000002