# Exhibit P

```
                                                              1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS - CRIMINAL TERM - PART: 25
-----------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK,    IND: 3569/18

             -against-

JACOB DASKAL,

                    DEFENDANT.
-----------------------------------------X
                                320 Jay Street
                                Brooklyn, New York
                                April 23, 2021

B E F O R E:

       HONORABLE JILL KONVISER,

                    Justice.


A P P E A R A N C E S:

              OFFICE OF ERIC GONZALEZ, ESQ.
              DISTRICT ATTORNEY, KINGS COUNTY
                 Attorney for the People
              BY:  KEVIN O'DONNELL, ESQ.
                 Assistant District Attorney

              MEISTER SEELIG & FEIN, LLP
              125 Park Avenue, 7th floor
              New York, New York  10017
              BY:  EVAN LIPTON, ESQ.
                 Attorney for the Defendant


----------------------------------------------
                    DIANNE ADKINS-FORTE, RPR
                    Official Court Reporter




                         DAF
```

Proceedings 2

1        THE CLERK:  Calling number 14 on the
2   Part 25 calendar, Indictment Number 3569 of
3   2018, Jacob Daskal.  Appearances, please.
4        MR. O'DONNELL:  Kevin O'Donnell for the
5   People.  Good morning.
6        MR. LIPTON:  Good morning, for
7   Mr. Daskal, Evan Lipton.  Mr. Daskal is present
8   virtually in court with me.
9        THE COURT:  Mr. Daskal, you can see us
10  and hear us, correct?
11       THE DEFENDANT:  Yes, Your Honor.
12       THE COURT:  We had adjourned this case
13  to see where the prosecution was from a federal
14  perspective, local perspective.  Where are we,
15  Mr. O'Donnell?
16       MR. O'DONNELL:  There is one issue that
17  needs to be resolved, and I believe it is going
18  to be resolved with the consent of the Defense,
19  and if so, then we will be moving to dismiss,
20  because there is an open prosecution for the
21  same offenses in federal court.  The reason we
22  would be moving to dismiss would be in the
23  interest of justice based on double jeopardy
24  grounds.
25       THE COURT:  Understood, but you are not

DAF

1   prepared to do that today.
2           MR. O'DONNELL:  We are.  The issue that
3   needs to be resolved is the People are moving
4   pursuant to C.P.L. 160.50 to preclude the
5   sealing of this case in the interest of justice
6   so that the records of the grand jury minutes,
7   the police department records, things of that
8   nature won't be sealed for the federal
9   prosecution.  I had sent an e-mail to
10  Mr. Lipton.  This issue had escaped me until
11  earlier this week.  I had brought it up to him
12  and indicated that if we can resolve this issue,
13  then we would be moving to dismiss today.
14          THE COURT:  Mr. Lipton.
15          MR. LIPTON:  That's right, and there is
16  one aspect of it that I wanted to clarify.  At
17  the end of the federal case, we can move to seal
18  the records of this matter.
19          THE COURT:  You can move at the end to
20  do so.
21          MR. LIPTON:  Yes.  I can consent to the
22  People's application.
23          THE COURT:  Okay, in that case, sealing
24  is precluded on consent pursuant to the Criminal
25  Procedure Law.  What is your application, Mr.

Proceedings                                                    4

1   O'Donnell?
2               MR. O'DONNELL:  Your Honor, in the
3   interest of justice, the People are moving to
4   dismiss the indictment.
5               THE COURT:  This case will be handled
6   by the federal government.  Your application to
7   dismiss is granted.  Sealing is precluded.  Good
8   luck to you, Mr. Daskal.
9               MR. LIPTON:  Thank you.  Thank you,
10  Judge.  There is bail in this case.  Is that
11  automatically exonerated?
12              THE COURT:  No.  It's not automatically
13  exonerated.  Would you like me to exonerate it?
14              MR. LIPTON:  Yes, Your Honor.
15              THE COURT:  It's exonerated.
16              MR. LIPTON:  Thank you, Judge.  Are we
17  excused?
18              THE COURT:  You are.
19              MR. LIPTON:  Good day.
20  IT IS HEREBY CERTIFIED THAT THE FOREGOING IS A TRUE
    AND ACCURATE TRANSCRIPT OF THE PROCEEDINGS.
21
       *Dianne Adkins-Forte* (signature)
22
23                          _____RPR
                            DIANNE ADKINS-FORTE, RPR
24                          Official Court Reporter

25

                              DAF