# Exhibit R

```
 1  SUPREME COURT OF THE STATE OF NEW YORK
 2  COUNTY OF KINGS: CRIMINAL TERM: PART TAP 1
 3  ----------------------------------------x
 4  THE PEOPLE OF THE STATE OF NEW YORK,            Indictment #
                                                    03569/2018
 5
 6
                       -against-
 7
    JACOB DASKAL,
 8
 9                             DEFENDANT
    ----------------------------------------x
10                     320 Jay Street
                       Brooklyn, NY 11201
11                     September 23, 2019
12  B E F O R E:
13          HONORABLE WILLIAM MILLER,
                      Supreme Court Justice
14
15  A P P E A R A N C E S:
16          Eric Gonzalez, Esq.
            District Attorney, Kings County
17          BY:  Kevin O'Donnell, Esq.
                 Assistant District Attorney
18
19          Meister, Seelig & Fein LLP
            125 Park Avenue, 7th Floor
20          New York, NY 10017
            BY:  Evan Lipton, Esq.
21               Attorney for the defendant
22
                                  Adria J. Abbate
23                                Senior Court Reporter
24
25
```

AJA

2

PROCEEDINGS

1               (Whereupon, the following takes place on the
2       record in open court, in the presence of the Court,
3       assistant district attorney, defense counsel and Defendant.)
4               COURT CLERK:  On the TAP 1 calendar, number 9,
5       Jacob Daskal.  Defendant is present before the court with
6       counsel.  Appearance, please.
7               MR. LIPTON:  Good morning, Judge.  Evan Lipton,
8       125 Park Avenue on behalf of Mr. Daskal who is beside me in
9       court.
10              THE COURT:  Good morning.
11              MR. O'DONNELL:  Kevin O'Donnell for the People.
12      Good morning, Your Honor.
13              THE COURT:  So let's see, in February Eastern
14      District will take place, then I put it on for hearing and
15      trial.  I guess that wasn't happening.  Maybe it was.  We'll
16      find out.  ADA O'Donnell is on the file.  Your name is on
17      the file?
18              MR. O'DONNELL: Yes, it's my case, Judge.
19              THE COURT:  All time since April 4th was
20      excluded.  I did that.  Related charges under investigation.
21              MR. O'DONNELL:  Right.
22              THE COURT:  Both sides to be ready.  Anybody want
23      to talk to me what's going on?
24              MR. O'DONNELL:  I do, Judge, if it is okay.
25              THE COURT:  Please.

AJA

PROCEEDINGS

1   MR. O'DONNELL:  Mr. Lipton and I spoke about two
2   weeks ago.  I think he was under the misimpression that we
3   were consenting to all the arrangements and we are not.  So
4   he served me with a motion today for a Mapp hearing and for
5   a motion to controvert the search warrant in the case.  So I
6   would like an opportunity to respond because --
7   THE COURT:  What's happening with the Eastern
8   District?
9   MR. O'DONNELL:  The Eastern District, there are
10  two computers that were recovered in our search warrant that
11  were turned over to the FBI in August.  It is just that a
12  series of property that they picked up.  So they had the
13  same complaining witness in common.  In August, there were,
14  I believe, about 29 or 30 devices recovered.  So going
15  through all of them is not feasible.  They had the
16  complainant in to identify which computers the defendant is
17  most likely using, both of those were picked up by an FBI
18  agent in August to proceed with the search warrant.
19  THE COURT:  Was he arrested?
20  MR. O'DONNELL:  He's not.  He is being
21  investigated.  Judge, can we approach?
22  THE COURT:  Sure.
23  (Whereupon, an off-the-record discussion was held
24  at the bench.)
25  THE COURT:  For the record, the order of

AJA

4

PROCEEDINGS

1  protection is extended.  We'll put it on for final
2  conference middle of November.
3          COURT CLERK:  Middle of November, November 18th?
4          MR. LIPTON:  November 18th is good.
5          COURT CLERK:  Okay, November 18th.
6          THE COURT:  Okay.  Mr. O'Donnell will respond in
7  approximately two weeks and hopefully I'll make a decision.
8          *************************
9          This is certified to be a true and accurate
10 transcript of the stenographic notes.

12  *Adria J. Abbate*
13          Adria J. Abbate
14          Senior Court Reporter