

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

EMR
F.#2018R02232

*271 Cadman Plaza East
Brooklyn, New York 11201*

June 7, 2022

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Jacob Daskal
                  Criminal Docket No. 21-110 (NGG)

Dear Judge Garaufis:

        The parties respectfully write to jointly request a brief adjournment of certain pretrial scheduling dates in the above-captioned case. Specifically, in light of the delayed filing of the defendant's motions in limine, the parties request that the government's response be due on June 20, 2022, instead of June 13, 2022, and that the defendant's reply be due on July 5, 2022, instead of June 27, 2022. This would not affect any of the other pretrial or trial dates. The defendant consents to this request.

        Respectfully submitted,

        BREON PEACE
        United States Attorney

By:    /s/
        Erin M. Reid
        Jonathan E. Algor
        Rachel Shanies
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Clerk of Court (NGG) (by ECF)
        Defense counsel (by ECF)

**Application granted.
So Ordered.**
s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis
Date:** 6/8/22