

Meister Seelig & Fein LLP

*Henry E. Mazurek*
*Partner*
Direct (212) 655-3594
Fax (212) 655-3535
hem@msf-law.com

July 11, 2022

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *United States v. Jacob Daskal,* No. 21 Cr. 110 (NGG)

Dear Judge Garaufis:

We write on behalf of defendant Jacob Daskal in the above-referenced case. We respectfully write to seek leave of the Court to file a reply memorandum up to 15 pages in length. The Court's individual rules limit a reply memorandum to 10 pages. (*See* Individual Rules of Judge Nicholas G. Garaufis, Section VI.C). The motions in this case involve complex legal and factual questions arising out of four separate search warrant applications that were approved by state and federal court judges in two separate, but related criminal cases. The government's memorandum in opposition is 34 pages. Mr. Daskal's wants to adequately address the government's arguments to facilitate this Court's disposition of the motions. Permitting Mr. Daskal to file up to 15 pages for his reply memorandum will allow him to do so. We communicated with Assistant United States Attorney Erin Reid about the instant request. The government has no objection.

We thank the Court for its consideration of this request.

Respectfully yours,

_____/S/ HEM_____
Henry E. Mazurek
Ilana Haramati
Jason I. Ser
Meister Seelig & Fein LLP
125 Park Avenue, Suite 700
New York, New York 10017
hem@msf-law.com
ih@msf-law.com
jis@msf-law.com
Counsel for Defendant Jacob Daskal

**Application granted.**
**So Ordered.**

_____
**Hon. Nicholas G. Garaufis**
**Date:**  7/11/22

cc:    Counsel of Record (*via ECF*)