

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

August 19, 2022

**VIA ECF**

Hon. Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4D South
Brooklyn, NY 11201

      Re:    *United States v. Daskal*, 21-cr-110 (NGG)

Dear Judge Garaufis:

      We write on behalf of our client, defendant Jacob Daskal, in response to the Court's August 19, 2022 Order. That Order directs defense counsel to update the Court about their separate trial matter and to advise whether Mr. Daskal consents to a vaccinated jury. As to the latter, the defense consents to a vaccinated jury. As to the former, opening arguments are scheduled to commence on September 6, 2022. The government currently estimates that its case will then take seven to eight weeks to present. Any defense cases will follow, with potential government rebuttal thereafter. We will continue to appraise the Court of developments regarding the separate trial matter as they arise.

      Respectfully Submitted,

      _____/s/ IH_____

      Henry E. Mazurek
      Ilana Haramati
      Jason I. Ser

      *Counsel for Defendant Jacob Daskal*

cc:    Counsel of Record (*via ECF*)