

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

August 26, 2022

**VIA ECF**

Hon. Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4D South
Brooklyn, NY 11201

    Re:    *United States v. Daskal*, 21-cr-110 (NGG)

Dear Judge Garaufis:

    We write on behalf of our client, defendant Jacob Daskal, pursuant to the Court's inquiry about a potential adjournment given defense counsel's engagement in another trial that will continue past or up until November 7, 2022. Defense counsel agrees that an adjournment of Mr. Daskal's trial to June 12, 2023 is sensible given how their separate trial matter has progressed. Defense counsel also agrees that an adjournment of oral arguments to a date after defense counsel's trial ends is sensible. Defense counsel proposes arguments be reset for a date convenient to the Court in late November 2022. Counsel has conferred with the government on this matter. The government has no objection to the proposed scheduling changes. We consent to the exclusion of time under the Speedy Trial Act until the re-scheduled status conference.

                                  Respectfully Submitted,

                                    /s/ IH
                              Henry E. Mazurek
                              Ilana Haramati
                              Jason I. Ser

                              *Counsel for Defendant Jacob Daskal*

cc:    Counsel of Record (*via ECF*)