

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

EMR/JEA
F.#2018R02232

October 3, 2022

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Jacob Daskal
                  Criminal Docket No. 21-110 (NGG)

Dear Judge Garaufis:

      The parties respectfully write to jointly request an exclusion of time under the Speedy Trial Act from July 13, 2022, the date of the defendant's last-filed pre-trial motion, until November 17, 2022, the date of the oral argument on his motion. The parties have been and continue to be engaged in ongoing plea negotiations and discussions regarding the exchange of discovery in the case.

      Notably, time is likely excluded under 18 U.S.C. § 3161(h)(1)(D), as the hearing on the defendant's motion, scheduled for November 17, 2022, has not concluded. See 18 U.S.C. § 3161(h)(1)(D) (excluding any delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion). In addition, on August 26, 2022, the defendant filed a letter requesting that the trial date be moved from November 7, 2022 to June 12, 2023, that the oral argument be moved to November 2022, and that the Court exclude time until November 2022. See ECF No. 63. The Court granted that motion on September 23, 2022.

The parties now write, in an excess of caution, to request that the Court issue an order excluding time under the Speedy Trial Act until November 17, 2022.

Respectfully submitted,

BREON PEACE
United States Attorney

By:    /s/
Erin M. Reid
Jonathan E. Algor
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (NGG) (by ECF)
     Defense counsel (by ECF)