

*Jason I. Ser*
*Partner*
Direct (646) 539-3712
Fax (212) 655-3535
jis@msf-law.com

October 5, 2022

**VIA ECF**

Hon. Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4D South
Brooklyn, NY 11201

    Re:    *United States v. Daskal*, 21-cr-110 (NGG)

Dear Judge Garaufis:

    We write on behalf of our client, defendant Jacob Daskal, to respectfully request a temporary bail modification to permit Mr. Daskal to attend religious services late at night in accordance with religious tradition for the upcoming holiday of Sukkot. Specifically, Mr. Daskal requests permission to attend religious services at his synagogue on October 9, October 10, and October 14 from 11:15 p.m. to 2:00 a.m.

    While Mr. Daskal's attendance at religious services does not ordinarily require the Court's permission, Pretrial Service's policy mandates that defendants receive permission from the Court to attend services at such hours. We provided Pretrial Services with a letter from the synagogue confirming the prayer schedule. Pretrial Services Officer Amanda Carlson, who supervises Mr. Daskal, has no objection. Assistant United States Attorney Erin Reid informed us that the government defers to Pretrial Services.

    Respectfully Submitted,

    /s/ JIS

Henry E. Mazurek
Ilana Haramati
Jason I. Ser
*Counsel for Defendant Jacob Daskal*

cc:    Counsel of Record (*via ECF*)
       PTS Officer Amanda Carlson (*via email*)