

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

RAS
F.#2018R02232

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 9, 2023

<u>By ECF</u>

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Jacob Daskal
>       <u>Criminal Docket No. 21-110 (NGG)</u>

Dear Judge Garaufis:

On February 3, 2023, the Court ordered the government to submit by February 17, 2023, supplemental affidavits in connection with the defendant's motion to suppress, with the defendant's response due February 24, 2023.  (<u>See</u> 2.3.23 Order).  The parties write to respectfully requests an adjournment of that schedule.  The parties are actively engaged in plea negotiations and request the adjournment to allow both parties to focus on those discussions, which, if successful, will moot the pending motions to suppress.  Specifically, the parties request that the government's supplemental affidavits be due on March 17, 2023, with the defendant's response due March 31, 2023.  Trial in this case is currently scheduled for June 12, 2023.

Respectfully submitted,

BREON PEACE
United States Attorney

By:   ___/s/_____
Rachel Shanies
Assistant U.S. Attorneys
(718) 254-7000

cc:   Clerk of Court (NGG) (by ECF)
Defense counsel (by ECF)