

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

April 24, 2023

<u>VIA ECF</u>

Hon. Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4D South
Brooklyn, NY 11201

    Re:    *United States v. Daskal*, 21-cr-110 (NGG)

Dear Judge Garaufis:

    We represent defendant Jacob Daskal in the above-referenced matter. We write to respectfully request an adjournment of the trial date from June 12, 2023 to July 17, 2023, which we understand is a mutually convenient date for the Court and all parties. We consent to exclusion of time under the Speedy Trial Act until the rescheduled trial date.

    We further respectfully request a two-week adjournment of the deadlines to file supplemental briefing on the pretrial motions pending before the Court such that the government's supplemental affidavit will be due on May 12, 2023, and Mr. Daskal's reply will be due on May 26, 2023. The parties are actively engaged in plea negotiations. This additional time is necessary to accommodate those continued discussions, which may resolve the case short of trial. We have conferred with counsel for the government, who consent to this request.

                                      Respectfully Submitted,

                                      _____/s/ IH_____

                                      Henry E. Mazurek
                                      Ilana Haramati
                                      Jason I. Ser

                                      *Counsel for Defendant Jacob Daskal*

cc:    Counsel of Record (*via ECF*)