

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

June 20, 2023

<u>VIA ECF</u>

Hon. Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

    Re:    *United States v. Daskal*, 21-cr-110 (NGG)

Dear Judge Bloom:

    We represent defendant Jacob Daskal in the above-referenced matter. In accordance with the Court's order during the June 16, 2023 telephonic conference, we write to respectfully inform the Court and the government that we intend to travel to Jerusalem, Israel to take Rivka Finkel's Rule 15 foreign deposition in person. We will continue to diligently work with the government and the Office of Internal Affairs to arrange for the deposition.

    Respectfully Submitted,

    _____/s/ IH_____

    Henry E. Mazurek
    Ilana Haramati

    *Counsel for Defendant Jacob Daskal*

cc:    Counsel of Record (*via ECF*)