LHE:EMR/GN
F. #2018R02232

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
* JUNE 16, 2023 *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------X

UNITED STATES OF AMERICA

- against -

JACOB DASKAL,

Defendant.

---------------------X

SUPERSEDING INDICTMENT

Cr. No. 21-110 (S-1) (NGG)
(T. 18, U.S.C., §§ 2422(b), 2423(a), 2428(a) and 3551 et seq.; T. 21, U.S.C., § 853(p))

THE GRAND JURY CHARGES:

COUNT ONE
(Mann Act Coercion and Enticement)

1. In or about and between August and November 2017, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JACOB DASKAL did knowingly and intentionally persuade, induce, entice and coerce an individual who had not yet attained the age of 18 years, to wit: Jane Doe, an individual whose identity is known to the Grand Jury, to engage in sexual activity for which a person can be charged with a criminal offense, to wit: violations of New York Penal Law Sections 130.25(2) (Rape in the Third Degree) and 130.40(2) (Criminal Sex Act in the Third Degree) and a violation of Illinois Criminal Code Section 5/12-16(d) (effective 2002) (Aggravated Criminal Sexual Abuse), in that DASKAL engaged in sexual intercourse and

oral sexual conduct with Jane Doe, who had not yet attained the age of 17 years, while he was more than 21 years old, using one or more facilities and means of interstate commerce.

(Title 18, United States Code, Sections 2422(b) and 3551 et seq.)

COUNT TWO
(Transportation of Minor with Intent to Engage in Criminal Sexual Activity)

2. In or about August 2017, within the Eastern District of New York and elsewhere, the defendant JACOB DASKAL did knowingly and intentionally transport Jane Doe, an individual who had not yet attained the age of 18 years, in interstate commerce, to wit: from South Fallsburg, New York through New Jersey to Brooklyn, New York, with intent that such individual engage in sexual activity for which a person can be charged with a criminal offense, to wit: violations of New York Penal Law Sections 130.25(2) (Rape in the Third Degree) and 130.40(2) (Criminal Sexual Act in the Third Degree), in that DASKAL transported Jane Doe, who had not yet attained the age of 17, from South Fallsburg, New York through New Jersey to Brooklyn, New York, while he was more than 21 years old, for the purpose of engaging in sexual intercourse and oral sexual conduct with Jane Doe.

(Title 18, United States Code, Sections 2423(a) and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION
AS TO COUNTS ONE AND TWO

3. The United States hereby gives notice to the defendant JACOB DASKAL that, upon his conviction of either of the offenses charged in Counts One and Two, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2428(a), which requires the forfeiture of: (a) any property, real or personal, used or intended to be used to commit or facilitate the commission of such offenses; and (b) any property, real

or personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of such offenses.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 2428(a); Title 21, United States Code, Section 853(p))

A TRUE BILL

[signature]

FOREPERSON

By Carolyn Pokorny, Assistant U.S. Attorney

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2018R02232
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*JACOB DASKAL,*

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 2422(b), 2423(a), 2428 and 3551 et seq.;
T. 21, U.S.C., § 853(p))

*A true bill.* _______________________ *Foreperson*

*Filed in open court this* ________________ *day,*

*of* ____________ *A.D. 20* _____

_______________________________ *Clerk*

*Bail, $* __________

***Erin Reid and Genny Ngai, Assistant U.S. Attorneys (718) 254-7000***