

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EMR/GN
F.#2018R02232

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 20, 2023

<u>By ECF and E-Mail</u>

Henry E. Mazurek, Esq.
Ilana Haramati, Esq.
Jason Ser, Esq.
Meister Seelig & Fein LLP
125 Park Avenue, 7th Floor
New York, NY 10017

      Re:  United States v. Jacob Daskal
         <u>Criminal Docket No. 21-110 (NGG)</u>

Dear Counsel:

   In accordance with Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, enclosed please find signed expert disclosures for Special Agent Richard Busick and Forensic Examiner Louis J. DiOrio from the FBI.

   The government reserves the right to supplement and/or correct the disclosures if appropriate.  <u>See</u> Fed. R. Crim. P. 16(a)(1)(G)(vi).  The government also reserves the right to call substitute expert witnesses, as well as to call additional expert witnesses.  The government will comply with Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rule of Evidence 702, 703 and 705 and notify you in a timely fashion of any additional or substitute experts that the government intends to call at trial and provide you with a summary of the expert's opinion.

The government reiterates its request for reciprocal discovery from the defendant pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

BREON PEACE
United States Attorney

By:    /s/
Erin Reid
Genny Ngai
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of Court (NGG) (by ECF)
      Defense counsel (by ECF)