

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

June 28, 2023

<u>VIA ECF</u>

Hon. Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4D South
Brooklyn, NY 11201

    Re:    *United States v. Jacob Daskal*, **21-cr-110 (NGG)**

Dear Judge Garaufis:

    We represent defendant Jacob Daskal in the above-referenced matter. We write to respectfully request that the Court order that Jessica Becker, our office's trial paralegal, be permitted to bring her cellular telephone into the courthouse during the period prior to and during trial in this matter, from June 29, 2023 through August 10, 2023.

                      Respectfully submitted,

                          /s/ IH
                      Henry E. Mazurek
                      Ilana Haramati

                      *Counsel for Defendant Jacob Daskal*

cc:    Counsel of Record (*via ECF*)

**SO ORDERED.**

/s/ Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** June 28, 2023