EMR/GN
F. #2018R02232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                        Docket No. 21-CR-110 (NGG)

JACOB DASKAL,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## **COUNT ONE**
(Mann Act Coercion and Enticement)

    As to defendant JACOB DASKAL:

                                  Guilty _____     Not Guilty _____

## **COUNT TWO**
(Transportation of a Minor)

    As to defendant JACOB DASKAL:

                                  Guilty _____     Not Guilty _____