

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

EMR/GN
F. #2018R02232

*271 Cadman Plaza East
Brooklyn, New York 11201*

July 26, 2023

By E-Mail and ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Jacob Daskal
     Criminal Docket No. 21-110 (NGG)

Dear Judge Garaufis:

  The government respectfully submits this letter in accordance with the Court's July 17, 2023 Order directing the parties to confer and submit agreed-upon redactions to the Court's June 9, 2023 and July 12, 2023 Memorandum and Orders (i.e. ECF Nos. 92 and 137). The government has reviewed the above-referenced Memorandum and Orders ("M&Os") and does not seek to have the Court redact any portions of those M&Os prior to publishing them on the case docket. The government has already notified defense counsel that it does not intend to seek any redactions, and defense counsel has not objected to or proposed any redactions of their own for consideration.

  For these reasons, the government defers to the Court as to whether redactions are appropriate for the above-referenced M&Os.

           Respectfully submitted,

           BREON PEACE
           United States Attorney

    By:   /s/
           Erin Reid
           Genny Ngai
           Assistant U.S. Attorneys
           (718) 254-7000