# Exhibit A - Redacted

**Jacob Daskal**



Honorable Nicholas G. Garaufis
U.S. District Judge
225 Cadman Plaza East
Courtroom 4D South
Brooklyn, NY 11201

Dear Judge Garaufis:

    I am writing to you as a humbled man. I make no excuses. I committed a horrible crime. I was wrong, wrong, so very, very wrong. I am dreadfully ashamed that this happened through me, and for the pain and shame that I have caused to so many.

    The first thing I need to say to my victim is how deeply sorry I am for what I did. I know that I can never take back what I did. And I know that I can never repair the damage I did to this girl. She will live the rest of her life with emotional scars because of me. Not a day goes by, and many times in the day, that I don't think about what I did with pain and horror. To say that I am haunted by it all is an understatement. I am sorry beyond words for losing control of myself and taking advantage of an innocent young girl.

    Your Honor, I am 64 years old. I'll be 65 in just a few weeks. And I face the reality that I could spend the rest of my days in federal prison. But that's not even close to the worst part. I harmed an innocent child, caused years of anxiety and fear in my own family, and brought shame and disgrace on my community.

    I have lived my whole life within the close-knit Hassidic community in Brooklyn. What is most beautiful about the Hassidic community is how we look out for each other. Growing up, my family benefited from the community safety net. My parents were Holocaust survivors who had lost their families and everything they had in the war. The Hassidic community helped them get jobs, housing, and schooling for me and my siblings. As a young adult, I knew I had to give back to the community.

    During that time in the 1970s, New York, and Boro Park in particular, was a very different place than it is now. There was a lot of low level street crime and everyone felt less safe. I helped found the Shomrim, a neighborhood volunteer patrol to help deter small street crimes. And eventually, the Shomrim became an established liaison to the NYPD, and a first responder to serious issues within the Hassidic community and even on 9/11. I cherished the chance to give back to my community. I loved being able to show my own children the value of helping the community and how to do it, not just telling them. And of course, I liked being needed and trusted by the community, and being the go-to guy for community members needs and concerns, and the NYPD.

    I am pained, and so very ashamed that I abused the community's trust, and took advantage of a young girl who came to me seeking help and refuge. She came to me because I was considered an upstanding member of the community. Years have passed since my crime. I have been in therapy, and spent countless hours and sleepless nights thinking about what I did. I am horrified that I exploited my community position to abuse an innocent young girl and, in the process, I harmed my own family beyond repair.

    Judge Garaufis, I have been given so many gifts in life. I am so lucky that my wife Bella and our eight children have stood by me during this dark time. But because of my actions, our family will never ever be the same. ███████████████████████████████████████████████████████████████████████████████████████ My children, who are all grown with families of their own, often put up a brave face. But I have seen the horror in their eyes when they think about my crime, what their own father did! I know that as worried as they are about me, and as sad as they are that I will miss so many milestones in the lives of their children, my precious and beloved grandchildren, part of them will always look at me differently. Because of

what I did, my own children have to look at their father as someone who did something unthinkable. I grieve for the pain that I caused the people that I love most.

I know I deserve whatever punishment Your Honor sees fit to impose. I only pray for a chance to try to repair the tremendous harm I have caused. I pray for a chance to live an upstanding life in the future, to try to make up for the awful wounds I inflicted on my victim, and to heal my family's hurt. Judge, it appears that I will be close to 80 years old when I am released. I don't want this to be the last chapter of my life. I know I can be better for my victim, myself, my family, and my community.

Respectfully,

*[signature]*

Jacob Daskal