# Exhibit C - Redacted



September 4, 2023

Hon. Nicholas G. Garaufis

Senior U.S. District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

Dear Judge Garaufis,

My name is Rabbi Chaim Fleisher, the Executive Director of "Yachad" (Hebrew for "Together"). Our passionate mission is to stand by the side of, walk alongside, and assist individuals and families who are struggling with a sick family member.

Yachad provides an array of services, with the primary one being the operation of a massive warehouse space that stocks state-of-the-art medical equipment, which is distributed free of charge to homebound, non-insured, and impoverished patients. Yachad also operates a full-service, free-of-charge hotline offering medical referrals to doctors, treatments, and treatment centers worldwide, along with emotional coaching and support throughout a patient's process of treatment and recovery.

I am writing this letter to give you a glimpse into the soul of Mr. Jacob (Yanky) Daskal, who will stand before you to be sentenced this coming month. I beg of you to see him through the eyes of someone who witnesses the pain and suffering of so many every day. I wish to be one of the many who tells you about his exemplary, kind heart.

Over the years, Mr. Daskal has consistently been our go-to person. As I reflect, I remember the hundreds of times we relied on him to drive family members from Brooklyn to Manhattan hospitals to be with their sick loved ones. "I'll take care of it" was always his response whenever we reached out to Jacob.

While most knew that Jacob was a successful businessman, for those who didn't, they assumed that Mr. Daskal was merely a driver who delivered wheelchairs, walkers, and crutches. He never

5014 16TH AVE #296 | BROOKLYN, NEW YORK 11204 | 24 HOUR PHONE 718.851.2500



wore a fancy suit, never drove a fancy car, yet he always wore a loving smile and had a kind word for everyone he crossed paths with.

On Friday afternoons, when most people in the Boro Park Community prepared for the Sabbath, Mr. Daskal would be driving around the neighborhood in his small van, visiting local bakeries before their closing time. He would collect cakes and cookies that would otherwise go to waste, pack them up, and coordinate with our volunteers to distribute them at the local Maimonides Hospital.

We are infinitely indebted to this giant of a man, who so willingly gave us his all—spending hours of his time to personally call and knock on doors of his acquaintances, begging them to help us. We often find people who will give us a nice donation. But to offer on his own initiative to reach out to one's contacts and nudge them to give—that takes greatness, selflessness and nobility of spirit. It is indicative of an individual who—who may have been temporarily misguided or misdirected-- contains existential goodness and caring that defines him as his core being.

Your Honor, before you will stand an individual who deserves mercy and leniency.

On behalf of all our volunteers and the countless patients Mr. Daskal has helped during his many years of service to us, I humbly implore the Honorable Judge to hear and understand Mr. Daskal's lifelong dedication to helping the less fortunate when deciding his sentence.

Respectfully,

Rabbi Chaim Fleisher

Executive Director

Yachad

5014 16TH AVE #296 | BROOKLYN, NEW YORK 11204 | 24 HOUR PHONE 718.851.2500

**Rabbi Pesach Greenberg**



August 28, 2023

Honorable Judge Garaufis,

I, Rabbi Pesach Greenberg, the founder of Ezras Cholim Yad Ephraim, an organization that provides meals and support to patients in the Brooklyn area Hospitals, especially at the famous Maimonides Medical Center, along with the entire Yad Ephraim team, would like to share with you the exemplary acts of kindness Jacob Daskal did for our community.

By nature, Jacob is a generous and loving person which can only be explained as someone with a heart of gold.

The effort Jacob put in to ensure that everyone around him was always happy and content created a pleasant and enjoyable atmosphere. He always had others in mind. The happiness and satisfaction of both patients and their families was of utmost importance to him.

Yad Ephraim is not just a simple organization. We provide a 24-hour telephone hotline which can be called at any time of the day or night for support. We send our volunteers over at any time of the day or night when the need arises. We will do anything to make the situation more bearable and pleasant for the patient and their family. The support and hand-holding Yad Ephraim provides definitely assists and speeds up the recovery of a patient.

One of the many services Yad Ephraim provides is Sabbath meals for the patients and their families in the hospital. One of the most complex parts of this task is walking up the long flight of stairs carrying all the food packages to deliver since use of elevators are forbidden on Sabbath.
This tedious task was always done by Jacob, he was the one who volunteered to walk up the 8 flights of stairs during the Sabbath meal deliveries. We always knew we could rely on him to offer his assistance although it was the most challenging part of the task, since most volunteers would prefer to distribute the food packages on the lower floors. For Jacob, no task was ever too daunting.

While distributing hot meals, he would offer kind words of encouragement to the patients and families, listen to them unburden themselves, and give them his cheerful smile which eased their plight.

He would ask the patients what else he could do for them, and what else they needed to make their hospital stay easier and less gruesome. This sometimes lead to him going down and back up again in order to get the patient what he requested. (For example: reading material from our hospitality room on the second floor.)

Jacob's volunteer acts were never acknowledged or rewarded. Yet, all this got done willingly and with heart. The Yad Ephraim organization is well known by the community but the individual team members do not get acknowledgement, reward or remuneration.

For the compassion and sympathy that Jacob displayed toward the community and to the people in need, it only seems just to show our compassion and sympathy to him during this trying time.

The hours of dedication to others and the enormous amount of time he spent thinking of how to lighten their burden, cannot be repaid. However, the most we can do now, is show our support to him during this time when he is the one in need. He always has others in mind and honestly gave from every fiber of his being. The sympathy and compassion Jacob displayed and the willingness with which he constantly volunteered his time to our community reflects his softheartedness and brotherly love to all.

I, along with the Yad Ephraim team, ask of you to show compassion and have pity on this individual who was there for and helped out so many people in their time of need. He was always a true asset to our community.

Sincerely,

Rabbi Pesach Greenberg




September 11, 2023

Honorable Nicholas G. Garaufis
Senior U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Garaufis:

My name is Chaim Halberstam, the eldest son of the Grand Rabbi of Bobov, Rabbi Ben Zion Halberstam. I write to the Court regarding Jacob Daskal who is a lifelong member of our congregation, and who I understand is soon to appear before you for sentencing.

As the son of the Grand Rabbi, I am frequently called upon by my father to become involved with and assist members of our community who are experiencing various hardships. Mostly, the challenges they face stem from financial hardship, but all too often, there are health crises that profoundly impact entire families in the harshest of ways.

Regardless of the path we take to offer help and assistance, invariably I need to rely on or partner with individuals who can empathize with the pain of others and have the willingness and resources to help bring about viable long-term solutions. Jacob Daskal is one of these unique individuals.

Jacob's work over many years and the contribution he has made to society with his time and personal funds, have made a deep impression and is part of the community fabric that protects, shapes, and warms the lives of so many individuals. I recall the case of a vicious divorce where the husband was being exceptionally difficult. Jacob spoke with both parties at length, emphasizing the need to resolve the situation that could take years in court and would impact very negatively on the children. He never gave up and finally helped resolve the situation.

When it comes to marital strife, Jacob has also been singularly successful in getting the couples to go for help. When others have given up on fighting couples, Jacob perseveres and has saved many marriages.

On a very personal note, Jacob has been there for my own family in a most difficult time when an emotionally disturbed neighbor harassed and threatened our family. A middle-aged tenant on our property was violent with our young children and would scream at them and we had to ask her to leave. One morning at 6:00 am I found her standing in my bedroom! On another occasion she slammed the main entrance door of the building

in my face, and literally, cut my lip. For many months, we lived in fear and it was extremely stressful. Jacob was extremely comforting to us and our children. He assisted us with advice and even legal fees. Jacob came over and spoke with us and calmed the children, and got us a lawyer. He dedicated a large amount of time to help and guide us in resolving a delicate matter in the most intelligent and compassionate manner. My experience with Jacob is that he goes out of his way to help everyone – members of his community and others,

This case before Your Honor is in total contrast to the Jacob Daskal I know and with whom I have worked on so many occasions. And this case has impacted Jacob greatly. Jacob is a broken man, and tortured by guilt for the harm he has caused. I have seen him crying openly about what he has caused. So many innocent parties have been hurt and are in pain, including the girl and her family, Jacob's wife and their children and their wider family, as well as the community. Jacob is painfully aware of the tragedy involved. This case will haunt him for the rest of his life.

Because of his acknowledgement of his awful transgression, his profound regret, shame, and the hurt that he has caused, I feel that I can write to the Court on Jacob's behalf and to plead that the Court consider his many acts of outreach and kindness to families and individuals, adults and children, the hungry and the poor as you pass sentence in this case. His has been a lifetime of philanthropy and compassion for those less fortunate.

With blessings to you for continued wisdom and divine compassion in your difficult work.

Respectfully,

Rabbi Chaim Halberstam



September 11, 2023

Honorable Nicholas G. Garaufis
Senior U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States vs Jacob Daskal

Dear Judge Garaufis:

I serve as the Grand Rabbi of the Bobov Hassidic dynasty and communities here in the USA, Israel and other countries abroad. My late father, of sainted and blessed memory, was known far and wide across the Jewish world as a holy man. He was also one of the most beloved and revered Jewish leaders in the post-Holocaust era. He had led his followers through the horrors and decimation of the Holocaust, where he lost almost his entire family, including his wife and children, and his thousands of followers were reduced to a mere fifty!. He remarried and reestablished his family and the Bobov dynasty in New York and the numbers of his followers grew exponentially to many thousands, here and abroad. Over the years, thousands would come to hear his teachings, and many settled in Bobov communities in the Holy Land. I was born here in New York.

This introduction to the Court is to emphasize that my entire life was spent in the company of the sages and saints of Israel. I was witness to daily occurrences of goodness and G-dliness. Every moment of every day that I knew my father, he spent in service of and caring for his people. People would come from all over the world to seek his blessings his and counsel. Time after time, even in such a materialistic society as that in which we live, we saw G-d's answer to his prayers and blessings for the unfortunate, the childless, the sick and those who sought solace and comfort.

During my service, I have to rely on many volunteers in our community to be of assistance, and they are selfless in their commitment. One of them who has been active for many years and whose voluntary work, help and outreach has been exceptional is Jacob Daskal. Allow me to give some examples of activities in which Jacob is very much involved:
- ***Widows and Orphans*** – With the passing of a father who is often the breadwinner, the need to maintain the families is great, and the average family often has 6-8 children. Funds for their day-to-day maintenance is vital. This includes kosher food, Sabbath needs, tuition at yeshiva, clothing, bar mitzvahs and, in time, weddings. One of the first people that I call is Jacob. These become considerable ongoing undertakings. Jacob will never turn away

1

from a call for help. He will always make himself available, with only one stipulation – that his involvement and personal contribution remain anonymous.

During COVID many people unfortunately passed away. One of the special people in our community who died was a young father, ▓▓▓▓▓▓▓. His death was sudden and he left 7 orphans. Jacob was at the forefront to raise money to create an endowment fund for his broken wife to be able to survive and feed her children. Today, these children are doing very well, and their mother is able to cope and look forward. Arrangements have been able to help with the tutoring for their studies, which is usually done by the father.

- **Charity** - Jacob gives freely of his own funds, as much as he can, but actively encourages others to do so as well. He does not rest until the others participate. When it comes to weddings, it involves not only the ceremony, the reception, clothing for the couple and the families, but also setting up a first home. During the first few years of marriage the husband are encouraged to pursue religious studies in a Talmudic academy to serve as a foundation for the home.

    A number of years ago, Jacob displayed unbelievable sensitivity in a matter of charity. I had called Jacob to assist me in helping a person who was known as being well to do, but who had confided to me that he was on the verge of bankruptcy. He was hoping to get back to his former success but that things appeared to be very bleak. Jacob donated generously as he usually did, and I thanked him. However, a few months later, I noticed that this person still appeared to be living the 'high life' as if he still had money. I was concerned that Jacob would be upset that I had asked him to support a person who is spending other people's money with no care. And Jacob was a person who always lived modestly. I called Jacob and excused myself about the matter and said that I would speak to the man we had helped, and ask him to tone things down. Jacob's response was very telling. He asked that I not say anything. The man was clearly holding on to whatever shreds of dignity he had, and that at least we should continue to help him! After time went by, he did manage to get back on his feet again!

- **Two Widows** – A few years ago, a lady with a large family was widowed and her older children were of marriageable age. The family situation was desperate when they approached me. I suggested that they speak with Jacob, as the plea of orphans is especially meaningful. Jacob immediately responded with a generous contribution and networked with other like-minded activists to set up a fund that could see the family through their teens and to marriage.

    Another instance comes to mind when years ago my next door neighbor ▓▓▓▓▓▓▓, of blessed memory, had a massive heart which affected his brain. When Jacob heard what had happened, he immediately inquired of the wife what was needed in the short-term and down the road. Jacob set up a plan whereby he, and a group from the community helped provide for the family for many years. The brain injury was irreversible. There are many such families that owe their stability and sanity to Jacob.

- **House Guests** - Jacob, together with his wife, has an open house. Guests at their table are a given, especially on Sabbaths and Jewish holidays. It is not uncommon to hear from their guests just how comfortable they are made to feel. ▓▓▓▓▓▓▓ travels to New York a few times a year to fundraise for the Bobov school for teenage boys in Bnei Braq. For years, he has made stayed and worked from Jacob's home. They welcome him with open arms. ▓▓▓▓ told me that the hospitality at Jacob is at the 'next level'. He is made to feel that he can open any cabinet or closet as if he belongs in the Daskal

2

household. I must say that he is not the first to make such a comment to me about Jacob's hospitality.
- **Building Tenants** - In tenanted buildings that Jacob manages, he will never raise the rent for those who genuinely cannot afford to pay the increase. He is very sympathetic to families of young scholars who cannot make the rental. Moreover, he also makes sure when helping these people that they don't feel that they are getting charity. It is known in our community that Jacob almost never raised the rent for people who were struggling. When people are getting married and are looking for an apartment, many try to find an apartment in Jacob's buildings because they know that the landlord will not raise their rent.
Such consideration is extended to all. An elderly Polish Christian lady who cannot function normally and is bed-ridden has been helped by Jacob for years as her health has steadily deteriorated. Jacob's kindness, and willingness to be flexible with her rent has made all the difference for this elderly woman. He has given her stability as she ages, allowing her to stay in her home of many decades, when most other landlords would not be so obliging.

There are many other activities in which Jacob has given outstanding service to others, but I do not want to impose on the time of the Court.

With all the above, it breaks my heart that Jacob finds himself in this terrible situation. This is clearly not what could ever have been expected from such a person, and I certainly cannot condone any such action. How he lost his moral compass to become involved in such a circumstance is beyond me. What I do know, is that his regret and remorse is total. Jacob is a broken man, and the scar on his heart and soul are indelibly marked. He has shed, and continues to shed, many, many tears. As the community leader, he has spoken to me openly many times about the heartbreak he feels every day for the harm he caused. His pain for the girl, his wife and his family and all those who looked up to him for all the good that he has done will be carried by him always.

At the same, allow me to say that what took place with Jacob is a total aberration in an otherwise good and upstanding life where he so often put the needs of others above his own. The measure of a person can usually be determined from the demeanor and behavior of his children. Each of the Daskal children displays goodness, kindness, giving, and are people of deep faith. The same can be said of their homes and their children. I believe that the source for this all is Jacob and his wife.

I appreciate the enormous task of Your Honor in your deliberations and passing sentence. Kindly allow me to request that just as on Yom Kippur we beg the Heavenly Judge to view the total person and to temper His judgement with leniency and kindness that you, too, be *Imitatio Dei*.

With blessing and respect,

Ben Zion Halberstam
Grand Rabbi of Bobov

3

Kevin Lichtenstein

Aug 31 2023

Dear Honorable Judge Garaufis

I am writing to you regarding Jacob Daskal a very dear friend of myself and my family for over 20 years, I got to know him thru his enormous good deeds and helping our community, he is and was always the person to light up the room with his charm and friendly smile, while all of us had our ups and downs in marriages and in our day to day lives should it be work related family problems school's issues etc. Jacob was always the person we reached out to for advice and help furthermore I would get sometimes calls from him asking me about other friends if they are in some predicaments or problems and he would tell me I met this and this friend and I sense something is wrong but that person doesn't want to tell me what his problem is and I just want to help him, Since he is a strong community activist on numerous occasions he would reach out to our circle of friends to raise large sums of monies to help out complete strangers whether it would be for medical expenses for a family with a sick child or just helping out tuition bills or to help pay someone's rent while they were behind a few months and were about to be evicted, this one story just to understand what type of person he is shines out, a couple from out of the Country arrived here a few years ago with a sick child for medical treatment, thru some unfortunate misunderstandings they were literally out on the street with no place to stay Jacob bumped into them in front of Shomer Shabbat a very busy Shul in Boro Park while the husband went into pray the wife and the children were outside on the street with all their luggage he immediately sensed that something is wrong and jumped into action he took them all into his car with the luggage's and started working the phones to find them a place he called me and I suggested we should at least for that night put them up into a Hotel and he wouldn't go for it his response was they are here in a foreign country don't know the language etc. putting them up in a Hotel is the easy way out we have to find them a warm home where they will feel welcomed and have fresh home cooked food and most important a listening ear to comfort them while going thru these difficult times with his persistence he succeeded and found them a home that took them in for a few months while they were here in the USA, he was constantly involved with this family to make sure all is working out, I can write a lot more stories like this one but this letter will end up being 20-30 pages long.

I met him lately on numerous occasions while he is still trying to be upbeat, I see in front of me a broken man that knows and acknowledges that he made lots of mistakes and the fact that he might end up in prison is taking a huge impact on his family and friends and especially the community and all the people that he helped and is still actively helping can't bear the pain of seeing a guy like him locked up.

I am pleading with your Honor to consider the lightest sentence allowed by law I am not too privy with sentencing's but if there is any other way to punish him without actually going to jail that would mean so much to all of us, he is remorseful and really ashamed of his actions that he let us all down but I personally believe that he deserves a second chance and I would even vouch ( if that would help ) that he will be a upstanding law abiding citizen if he only gets another chance

Kevin Lichtenstein

**Nechama Mueller**

September 7, 2023

The Hon. Judge Nicholas G. Garaufis

Dear Judge Garaufis:

My name is Nechama Mueller and we are next-door neighbors of Jacob and Bella Daskal. We are parents of thirteen children, seven of whom are married. For over 25 years, I have been employed at

I am writing to you regarding Mr. Jacob Daskal who I have known for many years as we had children in the same classes and our families attend the same synagogue. However, it was 17 years ago, when we moved into an apartment in the house next-door to the Daskals that we really got to know them well.

As a parent, I feel obligated to assist my children in developing healthy relationships with friends who will reciprocate. I take into account the child's attitudes and ability to interact appropriately. When we moved to       I happily encouraged friendships between a couple of my children and the Daskals' two youngest children who were each in the same class as them. It was clear that the nurture they received from their parents was solid. They were friendly, well-mannered and responsible children.

Watching Jacob's interactions with his family from the youngest great-grandchild to his adult children is both, heartwarming and instructive. Everyone is greeted not just welcomingly, but effusively. His love and respect for them is clear. My children are also offered sweets, but especially if he catches them in an act of kindness.

One Passover,                                      , requested that we hire a musician to play at his Bar Mitzva celebration. He knew this was a stretch for us financially, but he promised to earn this by being more focused in class and thereby raising his grades. Knowing this was too vague a commitment, I suggested an alternative. If he would study with a partner after yeshiva four times a week up to the Bar Mitzva, which coincided with the last day of yeshiva, we would grant his request.

Jacob, who was busy with his own responsibilities of work, home, volunteering and more, cleared approximately forty-five minutes daily to tutor our      . Six evenings a week, for approximately two months, he reviewed Talmud with

      is bright, but he has challenges remaining focused. He also struggles with time management. Throughout their study sessions,       had to maintain his focus on their topic and Jacob would quiz him to make sure that he was mastering the subject. If      got sidetracked at home and went over later than scheduled, Jacob held him accountable. So, when       showed up, he was informed that Jacob was attending to his own agenda and the session that night was cancelled.       learned much more than Talmud during those lessons.

A person's home should be their safety zone. Neighbors are fundamental

contributors to that atmosphere. Jacob and Bella can be counted on. Not just for a half cup of sugar midway through baking, but when they have leftovers after a holiday or family gathering, which they have with some regularity, they generously offer us of their bounty. When Jacob collects almost-fresh bakery leftovers for others, he makes sure to offer us goodies. He has even given us raw meat to help us prepare for an upcoming holiday a little more easily.

Most importantly, they are part of our "Family Emergency Plan". They are one of the safe places to go to or call if there's an emergency when my husband and I aren't home.

Just recently, one of our married sons came to visit on a Friday afternoon. He observed Jacob standing in front of his house as a car pulled up. Out came an elderly woman and Mr. Daskal threw his arms wide exclaiming," Mommy! I'm so happy you're here for Shabbos!" My son commented, "He was truly excited! You can tell that he really loves and respects his mother!" What more could a mother ask for in a neighbor?!

Mr. Jacob Daskal is a trustworthy asset to our neighborhood.
Hoping this information will be of service to you.

Respectfully,

Nechama Mueller

## Anthony 'Tony' Tompkins

September 11, 2023

The Hon. Judge Nicholas G. Garaufis

Dear Judge Garaufis:

    My name is Anthony Thompkins, and I am veteran and a descendant from Native Americans. 25 years ago, I was in the Marine Corps and served in South America, Spain, Greenland and some other places for four years. I was 18 when I went in and I was injured at age 22 and I left the service.

    Even though it is 25 years later, it is still hard to be out of service and my life has not been easy, especially to find a regular and decent job.

    That's what brings me to Jacob Daskal. I met Jacob in 2014 when he took me on to replace the super of a building that he manages I do all the jobs and the maintenance, not only on the property, but Jacob recommends me to a lot of other people as well, so that I can earn extra money.

    When we met, in those early days every second day we seem to argue. But he's a good guy but he seem to be set in his ways, like me. But I must say that if I really need something, even like a tool, he will always try his best to get it for me. Jacob really looks out for me. There have been some times when I have been short on money, and if he has with him, he will lend me. He never pushes for payment and does never charge me any interest.

As far as I am concerned and, especially to me, Jacob is like colorblind. He treats everyone the same. And I can see that he is my friend. Just like a member of his family, he always gives me cake or something to eat. He knows that I ride my bike all the way from Queens or the Bronx and something good to eat is always welcome. Jacob is a straight guy, and for these 9 years he always keeps his word. Me and Bella, Jacob's wife, get along.

I could not believe that Jacob would break the law because to me he really is a nice guy. With great respect, I ask Your Honor to show leniency to Jacob, just like he shows kindness and decency to guys like me and the other workers.

With great respect to Your Honor,


Tony Tompkins

Chana Wieder



September 10, 2023

The Hon. Judge Nicholas G. Garaufis

Dear Judge Garaufis:

My name is Chana Wieder. I know the Daskal family since 2014. I fled from Israel because of severe abuse from my husband against me and my children. I managed to get help from friends in Israel to buy tickets and to get here. We arrived here in NY knowing no one, just that there was a religious Jewish community in Boro Park where we could make a connection and get help. We came and got an apartment and we thought we were safe from him.

My husband managed to track us down. He arrived here and moved in with us, and the horror started again. The physical and mental abuse to me and the children just did not stop. It was hell, until the neighbors called the local police and they called in the Shomrim organization to help me and the kids. They took care to remove my husband and finally to get him out of our lives.

*And this is when the special and exceptional man, Jacob Daskal, came into our lives to the help* of my family. We were very tight financially and completely stressed and in very difficult days, unable to pay for rent and food. I really had no idea how we would survive.
Jacob got to know our situation and got involved to help us. He took care that the children should not feel lack of food or clothing. That made us human again. Not long after, I had to arrange a barmitzvah for my youngest son. Your Honor, Jacob made sure that the boy will have a decent celebration like all the other kids and friends, without anything lacking. Jacob took care of the clothing, the celebratory meal, the music, a photographer - just so that my boy, not even a relative of his, would have the same as all the other children have.

Whether in the rainy season or the heat of summer, Jacob made sure we had food. He would personally bring a regular basket of food so that my children shouldn't lack anything. He and his wife, Bella, regularly hosted me and all the children on Sabbaths and festivals so that we would not sit alone.

Jacob, literally, saved the lives of me and my children. Since those times of despair and darkness, the worst that could be experienced by my family, Jacob has been, and continues to be, there for us for no other reason than loving kindness; and it is all done quietly and modestly. He and Bella *show us an open house – as I said above, especially on Sabbaths and festivals - and I don't think* that it was always easy for them. But they gave us the best feeling that we should feel completely at home. I am truly blessed that Jacob and his wife and family came into our lives – without his help we would've been thrown onto the street.

I am not so young and I have met many people in my life but I have never met someone with such a big heart to do so much for another person, for no other reason than just to help another person, quietly and modestly.

My children and I so very much appreciate and thank him for all his kindness and the relief that he gave us in those worst darkest days we had. I managed to start up a lingerie business, and Jacob lent me to money to get it going.

Judge Garaufis, I heard that Jacob has a case and he could be sent away to jail. Please let me beg for mercy for him. Besides his family, my children and me need him so much here. He still gives

us help and he is the strength for me and my kids. He is like a father to them, so much. Please hear my words from my heart to your heart.

With great respect,

*H.W*

Chana Wieder