**PAUL BATISTA, P.C.**
**Attorney-at-Law**
26 Broadway – Suite 1900
New York, New York 10004
**(631) 377-0111**

e-mail: Batista007@aol.com                                Facsimile: (212) 344-7677

October 16, 2023

<u>VIA ECF</u>
Hon. Nicholas G. Garaufis
United States District Judge for the
   Eastern District of New York
U.S. Courthouse
Room 1426 S
225 Cadman Plaza East
Brooklyn, New York 11201

Hon. Nina R. Morrison
United States District Judge for the
   Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   <u>**United States v. Jacob Daskal,**</u>
             <u>**1:21-cr-0110 (NGG)**</u>

             -and-

      Re:   <u>**Rivka Mandel v. Jacob Daskal,**</u>
             <u>**1:23-cv-07352 (NRM) (VMS)**</u>

Dear Judge Garaufis and Judge Morrison:

     I represent Rivka Mandel, who is the plaintiff in the civil action entitled *Rivka Mandel* v. *Jacob Daskal*, 1-23-cv-07352 (NRM) (VMS), assigned on October 6, 2023 to Judge Morrison. Ms. Mandel is the victim of crimes committed by Jacob Daskal ("Daskal") in the criminal litigation assigned to Judge Garaufis entitled *United States* v. *Jacob Daskal*, 1:21-cr-0110 (NGG).

     Pursuant to the requirements of Local Civil Rule 1.6 (*Duty of Attorneys in Related Cases*), I am writing to draw the attention of Your Honors to the possibility that the civil action assigned to Judge Morrison may be related to the criminal action assigned to Judge Garaufis.

Hon. Nicholas G. Garaufis
Hon. Nina R. Morrison
October 16, 2023
Page 2

In summary, Daskal was sentenced on October 11, 2023, by Judge Garaufis to 17.5 years in prison for crimes involving the sexual abuse, including rape, of Ms. Mandel when she was 15 years old.

Ms. Mandel – who is the victim of Daskal's crimes – filed on October 2, 2023 the civil action assigned to Judge Morrison to recover damages from Daskal.

As indicated at the outset of this letter, I write for the purpose of fulfilling my "continuing duty" under Local Civil Rule 1.6 "to bring promptly to the attention of the Court all facts which said attorney believes are relevant to a determination that said case and one or more pending civil or criminal cases should be heard by the same Judge, in order to avoid unnecessary duplication of judicial effort."

Respectfully submitted,

Paul Batista